UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:15-CV-00894-JHM

ANNA HOUSE                                                                                           PLAINTIFF

V.

JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
MITSUBISHI TANABE PHARMA CORP.,
BRISTOL-MYERS SQUIBB COMPANY,
ASTRAZENECA PLC, ASTRAZENECA LP,
ASTRAZENECA PHARMACEUTICALS LP,
and ASTRAZENECA AB                                                                           DEFENDANTS

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendants Bristol-Myers Squibb Co. and AstraZeneca Pharmaceuticals LP, and the Court having issued a Memorandum Opinion and Order granting said motion on January 4, 2017, and the Plaintiff having not amended her complaint within 21 days of said Memorandum Opinion and Order,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendants consistent with the Court's January 4, 2017 Memorandum Opinion and Order and the Plaintiff's Complaint be dismissed without prejudice.

*[Signature]*

Joseph H. McKinley, Jr., Chief Judge
United States District Court

cc: counsel of record

February 28, 2017